## MARY ELLEN MURPHY *v.* COMMISSIONER OF MOTOR VEHICLES

The defendant's petition for certification for appeal from the Appellate Court, 54 Conn. App. 127 (AC 17906), is granted, limited to the following issue:

---

"Did the Appellate Court properly conclude that the evidence in the administrative record was insufficient to establish probable cause that the plaintiff had violated General Statutes § 14-227a?"

The Supreme Court docket number is SC 16193.

*Priscilla J. Green*, assistant attorney general, in support of the petition.

*Barry N. Silver*, in opposition.

Decided September 29, 1999